UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

JTH TAX, LLC
*doing business as*
LIBERTY TAX SERVICE,

    Plaintiff,

vs.

ABDOU SAMB, *et al.*,

    Defendants.

Case No. 3:24-cv-102

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry
Magistrate Judge Peter B. Silvan, Jr.
(mediation conference referral)

---

**ORDER: (1) TAKING THE REPORT AND RECOMMENDATION (Doc. No. 46) UNDER ADVISEMENT; (2) NOTING THE ISSUES OF CONTEMPT AND SANCTIONS REMAIN PENDING; (3) REFERRING THE CASE TO MAGISTRATE JUDGE PETER B. SILVAIN, JR. FOR THE PURPOSE OF HOLDING ONE OR MORE MEDIATION CONFERENCES; AND (4) REQUIRING THE PARTIES TO PARTICIPATE IN GOOD FAITH IN THE MEDIATION CONFERENCE(S)**

---

This civil case is before the Court upon the Report and Recommendation of Magistrate Judge Caroline H. Gentry (Doc. No. 46), to whom this case was referred pursuant to 28 U.S.C. § 636(b). The parties have not filed objections to the Report and Recommendation and the time for doing so under Fed. R. Civ. P. 72(b) has expired. The Court now takes the Report and Recommendation under advisement. Thus, the issues of contempt and sanctions remain pending.

Additionally, the instant case has progressed to the point where referral for a mediation conference is appropriate because it may assist the parties in reaching a just, speedy, and less expensive resolution of this case, *cf.* Fed. R. Civ. P. 1, especially when compared to litigating the case through the summary-judgment stage followed by trial, if warranted, and appeal, if pursued. Consequently, pursuant to 28 U.S.C. § 636(c) and S.D. Ohio Civ. R. 16.3(a)(1), this case is hereby

**REFERRED** to Magistrate Judge Peter B. Silvain, Jr. for one or more mediation conferences.  The Court **ORDERS** the parties to participate in good faith in the mediation conference(s).

The date for the mediation conference(s) shall be arranged directly with Magistrate Judge Silvain.

**IT IS SO ORDERED.**

November 6, 2025                                     s/*Michael J. Newman*
                                                                        Hon. Michael J. Newman
                                                                        United States District Judge